FILED

2024 JUN 20 AM 11:04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 1:24-cr-00080  MJ 24-03683 |
| v. | |
| JOSE ANTHONY CONTRERAS | **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: _____
in the US District Court for the ____ District of Columbia ____ on June 18, 2024
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about January 2024
in violation of Title 21 _____ U.S.C., Section(s) 846
to wit: 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(c)

A warrant for defendant's arrest was issued by: US District Court for the District of Columbia

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____, by

_____, Deputy Clerk.

| / S / | Brian Charles |
|---|---|
| Signature of Agent | Print Name of Agent |

| DEA | Special Agent |
|---|---|
| Agency | Title |