# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF <br><br> v. <br><br> JOSE ANTHONY CONTRERAS <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:24-mj-03683-DUTY <br><br> **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _Jose Anthony Contreras_____, IT IS ORDERED that a detention hearing is set for _____ June 27 , 2024_____, at 9:30_____ ☒a.m. / ☐p.m. before  the Honorable A. Joel Richlin_____, in Courtroom __790_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: ____June 21, 2024_____

_U.S. District Judge_/Magistrate Judge A. Joel Richlin